UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATHANIEL HOUSTON, ) | | |
| ID # 2017123, ) | | |
| ) | | |
|     Petitioner, ) | | |
| ) | | |
| VS. ) | | CIVIL ACTION NO. |
| ) | | |
| DIRECTOR, Texas Department of ) | | 3:18-CV-3199-G-BH |
| Criminal Justice, Correctional Institutions ) | | |
| Division, ) | | |
| ) | | |
|     Respondent. ) | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

    After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the court.

    The Petitioner's Motion Pursuant to Federal Rule of Civil Procedure 60(b)(1), received on November 17, 2020 (docket entry 44), and the Petitioner's Motion Pursuant to Federal Rules [sic] of Civil Procedure 60(b)(1)(6), received on December

10, 2020 (docket entry 46), are hereby construed as motions for reconsideration under Federal Rule of Civil Procedure 54(b) and **DENIED**.

    **SO ORDERED**.

October 26, 2021.

                                       */s/ A. Joe Fish*
                                       **A. JOE FISH**
                                       **Senior United States District Judge**